UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22177-CIV-DIMITROULEAS

MICHAEL GOLDBERG, et al.,

    Plaintiff,

vs.

D&E COMMUNICATIONS, INC., et al.,

    Defendant.
_____/

**ORDER DISMISSING CASE AS TO CERTAIN DEFENDANTS
WITHOUT PREJUDICE FOR FAILURE TO COMPLY
WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendant within 120 days after the filing of the complaint. A review of the Court record reveals that the Complaint in the present action was filed on June 16, 2011. On October 18, 2011, this Court issued an Order to Show Cause why several defendants had not yet been served and warned that the action may be dismissed as to those defendants if Plaintiffs failed to respond. Plaintiffs did not respond to that Order to Show Cause within the time allotted in the Order.

Accordingly, it is **ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED without prejudice** as to the following individuals:

    1.    David Leonardo

    2.    Patrick Malone

3. Logan Clarke

4. Mike Logan

5. Donna Clarke

6. Dale Pressler

7. Peter Lamelas

8. Stephanie Lamelas

9. Brian Bragg

10. National Title House, Inc.

11. Thomas Diehl

12. Persio A. Diaz

13. Jennifer Diaz

14. Erik Diaz

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of October, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record