# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 11-CV-22177

*(Ancillary Proceeding to Case No.: 09-80765-Civ-Dimitrouleas/Snow)*

MICHAEL GOLDBERG,
as Receiver for Sterling Wentworth Currency Group
and Lasalle International Currency Corp., and
MICHELLE BLUM, on her own behalf,
and on behalf of all others similarly situated,

     Plaintiffs,

v.

D & E COMMUNICATIONS, INC.,
a Florida Corporation, GABRIEL CARINO,
individually, PETER LINDGREN, individually,
JOHN PALLADINO, individually, LINDGREN-
PITMAN, INC., a Florida corporation, RONALD
LAING, individually, JOSEPH WILLIS,
individually, ERIK AND JENNIFER DIAZ,
DAVID LEONARDO, individually, PATRICK
MALONE, individually, LOGAN CLARKE,
individually, MIKE LOGAN, individually,
JACOB KASEL, individually, LOGAN AND
DONNA CLARKE, B.E.L. LEASING, INC.,
a Florida corporation, PETER LINDGREN
FAMILY TRUST, DALE PRESSLER,
individually, KEITH PETRON, individually,
PETER AND STEPHANIE LAMELAS,
BRIAN BRAGG, individually, NATIONAL
TITLE HOUSE, INC., a Florida corporation,
LORI SARIDAKIS, individually, NICHOLAS
GORY, individually, THOMAS DIEHL,
individually, PERSIO A. DIAZ, JR., individually,

     Defendants.

_____/

## RULE 26 INITIAL DISCLOSURES OF DEFENDANTS,
## PETER LINDGREN, LINDGREN-PITMAN, INC., JOSEPH WILLIS,
## B.E.L. LEASING, INC. AND PETER LINDGREN FAMILY TRUST

Defendants, Peter Lindgren, Lindgren-Pitman, Inc., Joseph Willis, B.E.L. Leasing, Inc., and Peter Lindgren Family Trust (collectively, "Defendants"), by and through undersigned counsel and pursuant to the Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [D.E. 60], make their Fed. R. Civ. P. 26(a)(1) disclosures as follows:

1.     **The names and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information -- that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

    A.      Peter Lindgren
            c/o Charles W. Throckmorton, Esq.
            Kozyak Tropin & Throckmorton, P.A.
            2525 Ponce de Leon, 9th Floor
            Coral Gables, Florida 33134
            Telephone: (305) 372-1800
            Likely to have discoverable information regarding alleged transfers between the Receivership Entities and Defendants.

    B.      Joseph Willis
            c/o Charles W. Throckmorton, Esq.
            Kozyak Tropin & Throckmorton, P.A.
            2525 Ponce de Leon, 9th Floor
            Coral Gables, Florida 33134
            Telephone: (305) 372-1800
            Likely to have discoverable information regarding alleged transfers between the Receivership Entities and Defendants.

    C.      Jack Lindgren
            2615 NE 5th Avenue
            Pompano Beach, Florida 33064
            Likely to have discoverable information regarding alleged transfers between the Receivership Entities and Defendants.

    D.      Darin Lindgren
            2615 NE 5th Avenue
            Pompano Beach, Florida 33064
            Likely to have discoverable information regarding alleged transfers between the Receivership Entities and Defendants.

E.   Doreen Lindgren
2615 NE 5th Avenue
Pompano Beach, Florida 33064
Likely to have discoverable information regarding alleged transfers between the Receivership Entities and Defendants.

F.   Each of the other defendants in this case and their representatives (addresses not known to Defendants). Likely to have discoverable information regarding alleged transfers between the Receivership Entities and each of the other defendants.

G.   All witnesses listed by the Plaintiffs in their Initial Disclosures.

H.   Defendants reserve the right to amend and supplement this list.

**2.   A copy -- or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

A.   Defendants are in possession of the following categories of documents: accountings, correspondence, bank statements, canceled checks, wire transfer confirmations, agreements, tax filings, and court documents and discovery from the criminal case related to the Receivership Entities and the original case of Joseph R. Willis v. Riolo. The documents are at Lindgren-Pitman, Inc. at 2615 NE 5th Avenue, Pompano Beach, Florida 33064 and at the office of Joseph R. Willis, 631 U.S. Highway One, Suite 306, North Palm Beach, FL 33408.

B.   All relevant and discoverable documents, electronically stored information, and tangible things, if any, in the possession of Plaintiffs.

**3.   A computation of any category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Inapplicable. Defendants have not claimed damages in this action, but reserve any and all rights to recovery of fees, costs or other remedies which may be available.

**4.   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Attorneys for Defendants
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
(305) 372-1800

By: /s/Charles W. Throckmorton
     Charles W. Throckmorton
     Florida Bar No. 286192
     Daniel F. Benavides
     Florida Bar No. 81675

## <u>CERTIFICATE OF SERVICE</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF, and by mail on all persons shown on the attached service list this 23rd day of November, 2011.

By:   /s/ Charles W. Throckmorton

332550.1

4

**Service List**
**Case No. 11-CV-22177**

**James D. Sallah**
Sallah & Cox LLC
2101 NW Corporate Blvd., Suite 218
Boca Raton, FL 33431

**Jeffrey Brett Kaplan**
Dimond Kaplan & Rothstein PA
2665 S Bayshore Drive, PH-2B
Coconut Grove, FL 33133

**Joshua Arnold Katz**
Sallah & Cox, LLC
2101 NW Corporate Blvd., Suite 218
Boca Raton, FL 33431

**Scott Lance Silver**
Blum & Silver, LLP
11780 W. Sample Road, Suite 103
Coral Springs, FL 33065

**David Alan Rothstein**
Dimond Kaplan & Rothstein
2665 South Bayshore Drive, PH-2B
Coconut Grove, FL 33133

**Raymond Leonard Robin**
Keller Landsberg PA
500 East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33394

**Barry Ethan Witlin**
1200 S Pine Island Road
Plantation, FL 33324

**Michael Sean Freedland**
Freedland Russo, P.L.
2843 Executive Park Drive
Weston, FL 33331

**Lori Saridakis**
2128 Chagall Circle
West Palm Beach, FL 33409
PRO SE