UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22177-CIV-DIMITROULEAS/SNOW

MICHAEL GOLDBERG, et al.,

    Plaintiffs,

vs.

D&E COMMUNICATIONS, INC., et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiff Michelle Blum's Motion for Class Certification [DE 73], filed July 20, 2012. The Court has carefully considered the Motion and is otherwise fully advised in the premises. As of the date of this Order, the Defendants have not filed a response and the time for such filing has passed. See S.D. Fla. L.R. 7.1(c)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants shall show cause on or before August 17, 2012, why Plaintiff Michelle Blum's Motion for Class Certification [DE 73] should not be granted by default or without the benefit of Defendants' arguments. The failure to file a timely response may result in the imposition of sanctions, including but not limited to granting the Motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of August, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Lori Saridakis, pro se
2128 Chagall Circle
West Palm Beach, FL 33409