UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-cv-22177
(Ancillary Proceeding to Case No. 09-80765-Civ-Dimitrouleas/Snow)

MICHAEL GOLDBERG,
as Receiver for Sterling Wentworth Currency Group
and Lasalle International Currency Corp., and
MICHELLE BLUM, on her own behalf,
and on behalf of all others similarly situated,

        Plaintiffs,
v.

D & E COMMUNICATIONS, a Florida corporation,
GABRIEL CARINO, individually,
PETER LINDGREN, individually,
JOHN PALLADINO, individually,
LINDGREN-PITMAN, INC., a Florida corporation,
RONALD LAING, individually,
JOSEPH WILLIS, individually,
JACOB KASEL, individually,
B.E.L. LEASING, Inc., a Florida corporation,
PETER LINDGREN FAMILY TRUST,
KEITH PETRON, individually,
LORI SARIDAKIS, individually,
NICHOLAS GORY, individually,

        Defendants
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff, Michael Goldberg, as Receiver for Sterling Wentworth Currency Group and LaSalle International Currency Corp. ("Plaintiff" or the "Receiver"), hereby gives notice of settlement with Defendants Peter Lindgren, Lindgren-Pitman, Inc., B.E.L. Leasing, Inc., and the Peter Lindgren Family Trust (collectively, the "Lindgren Defendants"), and states as follows.

Page 1 of 5

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA, 2665 SOUTH BAYSHORE DRIVE, PENTHOUSE 2B, MIAMI, FL 33133 • TEL. 305.374.1920 FAX. 305.374.1961

1. On October 4, 2012, Plaintiff and the Lindgren Defendants reached a global settlement of Plaintiff's claims against each of the Lindgren Defendants.

2. While, as of the date of this filing, the settlement has been documented and formalized, the Receiver still must seek approval of the settlement with the Court, pursuant to the terms of the Order appointing the Receiver.[1]

3. Accordingly, Plaintiff respectfully requests all pending deadlines respecting the Lindgren Defendants be stayed until such time as the Court has had an opportunity to present this settlement, along with any others, to the Court for approval.[2] Currently, the only immediately pending deadlines are the Lindgren Defendants' Response to the Plaintiffs' Motion for Summary Judgment, which Responses are due today.

Dated: October 12, 2012

                        Respectfully submitted:

                        By: /s/ David A. Rothstein, Esq.
                            DAVID A. ROTHSTEIN
                            Fla. Bar No. 0056881
                            drothstein@dkrpa.com
                            JEFFREY B. KAPLAN
                            Fla. Bar No. 39977
                            jkaplan@dkrpa.com
                            DIMOND KAPLAN & ROTHSTEIN, P.A.
                            Offices at Grand Bay Plaza
                            2665 South Bayshore Drive, Penthouse 2B

---

[1] See CFTC v. LaSalle International Clearing Corporation, et al., Case No. 09-80765-CIV-DIMITROULEAS (S.D. Fla.), Order Appointing Receiver (D.E. 31).

[2] As of the date of this filing, the Receiver anticipates filing a motion seeking approval of settlements with defendant Gabriel Carino, Jacob Kassel, John Palladino, Ronald Laing, Keith Petron, and each of the Lindgren Defendants. Should the Court approve those settlements, Plaintiff will then dismiss his case, as to each. Defendants Joseph Willis and Lori Saridakis were each previously dismissed from this action (See D.E. 76 and 85), and the Court entered default judgments as to Defendants D&E Communications, and Nicholas Gory (D.E. 53 and 54). Thus, with Court approval of the settlements, this action would be concluded but for the Court's retention of jurisdiction to enforce the aforementioned settlements.

Page 2 of 5

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA, 2665 SOUTH BAYSHORE DRIVE, PENTHOUSE 2B, MIAMI, FL 33133 • TEL. 305.374.1920 FAX. 305.374.1961

Miami, FL 33133
Telephone (305) 374-1920
Facsimile: (305) 374-1961

SCOTT L. SILVER
Fla. Bar No. 095631
ssilver@silverlaw.com
SILVER LAW GROUP
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684

JAMES D. SALLAH
Fla. Bar No. 92584
jds@allahcox.com
JOSHUA A. KATZ
Fla. Bar No. 848301
SALLAH & COX, LLC
2101 N.W. Corporate Blvd., Suite 218
Boca Raton, FL  33431
Telephone:  (561) 989-9080
Facsimile:   (561) 989-9020

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2012, I served the foregoing on all counsel of record and *pro se* parties at the following addresses:

CHARLES W. THROCKMORTON
cwt@kttlaw.com
Kozyak Tropin & Throckmorton
*Attorney for Defendants Peter Lindgren, Lindgren-Pitman, Inc., Joseph Willis, B.E.L. Leasing, Inc., Peter Lindgren Family Trust*
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800

BARRY E. WITLIN, P.A.
Witref@bellsouth.net
*Attorney for Defendant, Jacob Kasel*
1200 S. Pine Island Road, Suite 230
Plantation, FL 33324

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA, 2665 SOUTH BAYSHORE DRIVE, PENTHOUSE 2B, MIAMI, FL 33133 • TEL. 305.374.1920 FAX. 305.374.1961

Telephone: (954) 473-4500 - Broward
Telephone: (305) 576-4999 - Dade
Facsimile: (954) 473-1970

MICHAEL FREEDLAND
debra@westonlawyers.com
The Law Offices of Freedland Russo, P.L.
*Attorney for Keith Petron*
2843 Executive Park Drive
Weston, FL 33331
Telephone: (954) 467-6400
Facsimile: (954) 670-2530

RAYMOND L. ROBIN
raymond.robin@kellerlandsberg.com
Keller Landsberg PA
*Attorney for Defendant John Palladino*
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33394
Telephone: (954) 761-3550
Facsimile: (954) 525-2134

DOUGLAS J. ROBERTS
djr@leibylaw.com
Stearns, Roberts & Guttentag, P.A.
*Attorney for Defendant Ronald Laing*
1000 Sawgrass Corporate Parkway, Suite 552
Fort Lauderdale, FL 33323
Telephone: (954) 382-9199 - Broward
Telephone: (888) 382-9199 - Dade
Facsimile: (954-38209063

MARYBEL REINOSO COLEMAN, P.A.
Marybel@mrcattorneyatlaw.com
*Attorney for Defendant Gabriel Carino*
2560 RCA Boulevard, Suite 111
Palm Beach Gardens, FL 33410
Telephone: (561) 624-7717
Facsimile: (561) 624 7728

Lori Saridakis, *pro se*
2128 Chagall Circle
West Palm Beach, FL 33409

Page 4 of 5

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA, 2665 SOUTH BAYSHORE DRIVE, PENTHOUSE 2B, MIAMI, FL 33133 • TEL. 305.374.1920 FAX. 305.374.1961

D & E Communications, Inc.
633 East Atlantic Boulevard
Pompano Beach, FL 33060

By   /s/David Rothstein, Esq.
David Rothstein, Esq.

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA, 2665 SOUTH BAYSHORE DRIVE, PENTHOUSE 2B, MIAMI, FL 33133 • TEL. 305.374.1920 FAX. 305.374.1961