UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22177-CIV-DIMITROULEAS/SNOW

MICHAEL GOLDBERG, et al.,

    Plaintiffs,

vs.

D&E COMMUNICATIONS, INC., et al.,

    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE is before the Court *sua sponte*.

Plaintiff filed a notice of settlement on October 12, 2012. [DE 101]. Plaintiff's ability to settle this case depends on whether the Court approves the settlement in *CFTC v. LaSalle Int'l Clearing Corp. et al.*, No. 09-80765-Dimitrouleas. A fairness hearing is set for January 3, 2013. However, calendar call in this case is set for January 11, 2013.

The Court sees good cause to stay calendar call and trial until after the Court can determine whether to approve the settlement. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **STAYED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of December, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record