UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22177-CIV-DIMITROULEAS/SNOW

MICHAEL GOLDBERG, et al.,

    Plaintiffs,

vs.

D&E COMMUNICATIONS, INC., et al.,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

    THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment Against Defendant Nicholas Gory (the "Motion") [DE 108], filed herein on March 4, 2013.  The Court has carefully considered the Motion [DE 108] and is otherwise fully advised in the premises.  The Court granted the Motion [DE 108] in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

    Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion [DE 108] is hereby **GRANTED**;

    2.    Final Default Judgment is hereby entered in favor of Plaintiff, MICHAEL GOLDBERG, as Receiver for Sterling Wentworth Currency Group and Lasalle International Currency Corp., and against Defendant NICHOLAS GORY, in the amount of $18,000;

    3.    The judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C.

    §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure; and

  4.  The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of May, 2013.

                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies furnished to:

Counsel of Record

Nicholas Gory
19710 NW 8th Street
Pembroke, FL 33029